```
                                              FILED
                                       U.S. DISTRICT COURT
                                       DISTRICT OF COLORADO

                                         2007 OCT 23 PM 2:38

                                         GREGORY C. LANGHAM
                                                CLERK
                                       BY_____DEP. CLK
```

August 6, 2007   CM
Through the Notary
Clara M. Mueller
P. O. Box 63223
Colorado Springs, CO  80962-3223

# 07-MC-0089

TO:  Reymundo Daniel Sandoval
     3360 N. El Paso #M
     Colorado Springs, CO  80907

As Notary Acceptor for Mimi Vigil, I am sending you the enclosed document entitled Affidavit of Truth for you to respond to within 10 days of receipt. I am personally sealing this document in an envelope and sending this same document to you by way of Registered Mail through the USPS return response requested, restricted delivery number RA 218 078 195 US.

As the Notary, I am confirming mailing of the Affidavit of Truth and will be accepting your response. All responses are to be made directly to me and returned to the location listed above.

If there is no response within 10 days, I will send you an opportunity to cure, by way of a second attempt. If there is no response to this second attempt, I will present by Default, a Certificate of Non Response.

_____
Clara Mueller, Notary



My Commission Expires 03-11-08

Return Response to the Notary: Clara Mueller, P. O. Box 63223 Colorado Springs, CO 80962-3223

**AFFIDAVIT OF TRUTH**

The undersigned, hereafter Affiant, a living breathing soul, a sovereign in correct capacity as beneficiary to the Original Jurisdiction, being of majority in age, having a sound mind, competent to testify, a self-realized entity, a free woman upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of firsthand knowledge, true, correct, complete, certain and not misleading, so help me God.

1. Mimi-Michelle: Vigil, hereafter known as Affiant has no knowledge or record that the civil contract of marriage license No. 115282, between Mimi-Michelle: Vigil and Reymundo Daniel Sandoval was not terminated on December 11, 2006 by rescission of signature by Mimi-Michelle: Vigil Sandoval.
Therefore, the civil contract of marriage between Mimi-Michelle: Vigil and Reymundo Daniel Sandoval and any and all adhesion contracts concerning these two parties were terminated on December 11, 2006.   Affirm or Deny

2. Affiant has no knowledge or record that the filing of the rescission of signature with the El Paso County Clerk and Recorder did not make the termination of the civil contract of marriage public knowledge.
Therefore it is public knowledge that this marriage and any civil obligation past, present or future was terminated nun pro tunc.   Affirm or Deny

3. Affiant has no knowledge or record that the rescission of her signature on the marriage contract does not end her liability to the contract nun pro tunc.
Therefore, Mimi-Michelle: Vigil is not liable in any way to the contract of civil marriage to Reymundo Daniel Sandoval nun pro tunc.   Affirm or Deny

4. Affiant has no knowledge or record that the investments made while married are not to be split 50/50 once they produce the amount of $17,250.00 owed to Mimi-Michelle: Vigil (Sandoval).
Therefore, once she has been reimbursed $17,250.00 from any investment or combination of investments, Mimi is to email Global One and instruct them to split the amount invested 50/50. Rey is to contact Colorcom and instruct them to split the shares purchased 50/50. If/when PIPS produces any income, it is to be split 50/50. If/when Lisa's investment produces any income, it is to be split 50/50. If/when MGS produces income, the return on the initial investment is to be split 50/50. Any amount paid in commissions to Mimi from MGS belongs to Mimi alone, and will not be split. If/when the investment with Ron L. produces income, it will be split 50/50. Mimi agrees to pay Oscar Ornelas $40,000.00 as partial repayment of a loan made by him and secured by a parcel of land in St. Andrews subdivision in Colorado Springs. Rey agrees to pay $60.00.00 to Oscar Ornelas so that Oscar is paid in full for the loan.   Affirm or Deny

Page 1 of 3

5. Affiant has no knowledge or record that there is any obligation on her part to pay any amount due to Mr. Tav Martinez for the agreement made to him by Reymundo Daniel Sandoval for the purchase of 2175 Wake Forest Court.
Therefore, Mimi-Michelle: Vigil is not liable in any way to Mr. Tav Martinez.
Affirm or Deny

6. Affiant has no knowledge or record that the 2000 Red El Dorado ESC Cadillac that is in her possession is hers to use and the title to it will be signed by Reymundo Daniel Sandoval and turned over to her by August 31, 2007.
Therefore, Mimi-Michelle: Vigil has exclusive use of the car and can dispose of it as she sees fit with the title in her possession. Affirm or Deny

7. Affiant has no knowledge or record that the diamond and ruby wedding ring in her possession is not hers to keep with no further financial obligation to anyone concerning it.
Therefore, Mimi-Michelle: Vigil is to keep the ring and can do with it as she sees fit.  Affirm or Deny

8. Affiant has no knowledge or record that there is any obligation on her part to pay past due Home Owners Association dues to University Park Homeowners Association or be part of any legal action concerning the HOA.
Therefore, Mimi-Michelle: Vigil is not liable in any way to pay past due Home Owners Association dues or be party to any legal action concerning University Park Homeowners Association.  Affirm or Deny

9. Affiant has no knowledge or record that the car accident of September, 2001 is not being handled as two separate cases by Attorney Joe Kiel and any settlement amount received is to be kept by each of us, and will not be split 50/50.
Therefore, any proceeds from a settlement that is paid to each of us individually with no obligation to inform the other of the amount received.   Affirm or Deny

10. Affiant has no knowledge or record that the rescission of signature with the statement of "any legal and/or financial obligations of Reymundo Daniel Sandoval are his alone, with no further recourse to :Mimi-Michelle: Vigil Sandoval" is not sufficient to end any attempt to make her financially responsible for any debts incurred by Reymundo D. Sandoval from that day forward.
Therefore, Mimi-Michelle: Vigil or any derivative of name is immune from any financial and or legal obligations or liabilities other than those listed herein, to/with/for Reymundo Daniel Sandoval, and, there are no further investments or obligations Mimi-Michelle: Vigil is responsible for in any way other than those listed above and herein.  Affirm or Deny

11. Affiant has no knowledge or record that this affidavit does not constitute the entire settlement of the dissolution of marriage between Mimi-Michelle: Vigil Sandoval and Reymundo Daniel Sandoval.

Therefore, this affidavit does constitute the entire settlement of the dissolution of marriage between Mimi-Michelle: Vigil Sandoval and Reymundo Daniel Sandoval. Affirm or Deny

12. Affiant has no knowledge or record that non response to this affidavit to the Notary within 10 days of receipt does not constitute consent and agreement to all points.
Therefore, if no response is received to this Affidavit, within ten days or upon the tenth day answer time, Reymundo Daniel Sandoval is/has consented and agreed to all the points of this Affidavit. Affirm or Deny

Under the penalties of bearing false witness before God and man, I place my seal and autograph hereon, in the presence of the Notary by seal hereon:

_____   August 6, 2007 A.D.
Mimi-Michelle: Vigil

County of El Paso
State of Colorado
Notary Name: _____
My commission expires: 3-11-08

[Notary seal: Clara M Mueller, Notary Public, State of Colorado, My Commission Expires 03-11-08]

---

**Affidavit of True Copy**

State of Colorado
County of El Paso

I, Mimi Vigil, certify that the foregoing is a true, correct and complete photocopy that I made of Affidavit of Truth 8/1/07.

_____
Signature of Affiant (+ address if necessary)

to before me this 21 day of Aug, 2007 by M Vigil
_____
Notary Signature

[Notary seal: Clara M Mueller, Notary Public, State of Colorado, My Commission Expires 03-11-08]

August 21, 2007

FR:  Clara Mueller
     P O Box 63223
     Colorado Springs, CO  80962

TO:  Reymundo Daniel Sandoval
     3360 N. El Paso #M
     Colorado Springs, CO  80907

I am now sending you a second presentment from Mimi Vigil called Notice of Dishonor, Opportunity to Cure. You are hereby notified that you have dishonored the Affidavit of Truth sent to you giving you 10 days to respond. If you do not respond, I will be issuing a Certificate of Non Response.

Your dishonor is noted as consent and agreement to all points in the Affidavit of Truth dated August 6, 2007.

_Clara Mueller_
Clara Mueller, Notary

My commission expires: 3-11-08

My Commission Expires 03-11-08

# CERTIFICATE OF NON RESPONSE        9/17/07

I, Clara M. Mueller, hereby certify that I personally sent a document titled Affidavit of Truth by registered mail, return receipt requested, #RA 218 078 195 US for Mimi M. Vigil, on August 6, 2007, giving ten days to respond to Reymundo Daniel Sandoval, at his last known mailing address of 3360 N. El Paso #M, Colorado Springs, CO 80907. There has been no response to the Affidavit of Truth.

I hereby certify that the same Affidavit of Truth was sent a second time with a notice of Dishonor as an Opportunity to Cure with ten days to respond sent August 21, 2007 by certified mail #7007 0710 0001 1363 8024, to Reymundo Daniel Sandoval at the same location as above, return receipt requested, and there has been no response.

This is a certificate of non response and judgment since Reymundo Daniel Sandoval has failed to respond. This Certificate of Non Response is mailed by certified mail, return receipt requested #7003 2260 0004 2589 8794.

Colorado state   )
                 ).ss
El Paso county   )

I, Clara M. Mueller, a Notary in good standing in the state of Colorado, do affirm that the above is true and complete.

*Clara M Mueller*
Clara M. Mueller, Notary
My commission expires: 3-11-08

My Commission Expires 03-11-08

I, Thomas J. Williams, a Notary in good standing in the state of Colorado, do affirm that Clara M. Mueller appeared before me on September 17, 2007 and sealed this document.

Thomas J. Williams, Notary
My commission expires: 3/10/2010

Thomas J Williams
Notary Public
State of Colorado
My Commission Expires

Document titled Affidavit of Truth attached with this judgment.

```
ROBERT C. "BOB" BALINK    El Paso County, CO
12/11/2006  02:43:13 PM
Doc  $0.00        Page
Rec  $6.00        1 of 1     206179340
```

December 11, 2006

Robert C. Balink
El Paso County Clerk & Recorder
200 S. Cascade
Colorado Springs, CO  80903

Mr. Balink:

I, Mimi Michelle Vigil Sandoval, hereby rescind my signature on Marriage License # _115282_, dated February 13, 1999 with original filing # _99024975_ by the El Paso County Clerk and Recorder. Any legal and/or financial obligations of Reymundo Daniel Sandoval are his alone, with no further recourse to :Mimi-Michelle: Vigil Sandoval.

_:Mimi-Michelle Vigil Sandoval_ (signature)

:Mimi-Michelle: Vigil Sandoval

Return to:
7645 N. Union #120
Colorado Springs, CO  80920


## JURAT

Colorado state    )
                  ) ss
El Paso county    )

The above named woman, Mimi Michelle Vigil Sandoval, appeared before me, _Clara M Mueller_, a Notary, subscribed, sworn to the truth of this statement under oath this _11th_ day of _December_, 2006.

_Clara M Mueller_ (signature)
Notary Witness

My commission expires: _3-11-08_              seal

My Commission Expires 03-11-08

Page 1 of 1

9/17/07

## CERTIFICATE OF NON RESPONSE

I, Clara M. Mueller, hereby certify that I personally sent a document titled Affidavit of Truth by registered mail, return receipt requested, #RA 218 078 195 US for Mimi M. Vigil, on August 6, 2007, giving ten days to respond to Reymundo Daniel Sandoval, at his last known mailing address of 3360 N. El Paso #M, Colorado Springs, CO 80907. There has been no response to the Affidavit of Truth.

I hereby certify that the same Affidavit of Truth was sent a second time with a notice of Dishonor as an Opportunity to Cure with ten days to respond sent August 21, 2007 by certified mail #7007 0710 0001 1363 8024, to Reymundo Daniel Sandoval at the same location as above, return receipt requested, and there has been no response.

This is a certificate of non response and judgment since Reymundo Daniel Sandoval has failed to respond. This Certificate of Non Response is mailed by certified mail, return receipt requested #7003 2260 0004 2589 8794.


Colorado state    )
                  ).ss
El Paso county    )

I, Clara M. Mueller, a Notary in good standing in the state of Colorado, do affirm that the above is true and complete.

_Clara M. Mueller_
Clara M. Mueller, Notary
My commission expires: 3-11-08

I, Thomas J. Williams, a Notary in good standing in the state of Colorado, affirm that Clara M. Mueller appeared before me on September 17, 2007 and sealed this document.

_Thomas J. Williams_
Thomas J. Williams, Notary
My commission expires: 3/10/2010

> Thomas J Williams
> Notary Public
> State of Colorado
> My Commission Expires

Document titled Affidavit of Truth attached with this judgment.

August 21, 2007

Reymundo Daniel Sandoval
3360 N. El Paso #M
Colorado Springs, CO  80907

## Notice of Default and Dishonor

You have dishonored the Affidavit of Truth by your non response in 10 days.

This is an attempt to collect a debt and I intend to establish this judgment/lien in the public. It is a consensual lien and once established you have agreed to it.

You now have 10 days to respond to this Notice of Default and then the Certificate of Non Response will be issued.

_Mimi Vigil_
Mimi Vigil

County of El Paso
State of Colorado

Notary Name: _Clara Mueller_
My commission expires: 3-11-08

My Commission Expires 03-11-08

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX005124
Cashier ID: sg
Transaction Date: 10/23/2007
Payer Name: TWIN LAKES
------------------------------
MISCELLANEOUS PAPERS
 For: TWIN LAKES
 Amount:         $39.00
------------------------------
CREDIT CARD
 Amt Tendered:  $39.00
------------------------------
Total Due:       $39.00
Total Tendered:  $39.00
Change Amt:       $0.00

07-MC-0089

A fee of $45.00 will be assessed on
any returned check.
```